**United State Bankruptcy Court**
**District of Nevada**

In re __AFRAYED END PRODUCTIONS, LTD.__ .   Case No. __20-51050-__
                                              Chapter __11__ .

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Arthur L. Farley, declare under penalty of perjury that I am the President of AFRAYED END PRODUCTIONS, LTD. and that the following is a true and correct copy of the resolutions adopted by said company at a special meeting duly called and held on the 13th day of November 2020.

"BE IT THEREFORE RESOLVED, that Arthur L. Farley, President of Afrayed End Productions, Ltd., is authorized and directed to execute and deliver all documents necessary to prepare and perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Afrayed End Productions, Ltd.; and

BE IT FURTHER RESOLVED, that Arthur L. Farley, President of Afrayed End Productions, Ltd., is authorized and directed to appear in all bankruptcy proceedings on behalf of Afrayed End Productions, Ltd., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Afrayed End Productions, Ltd. in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Arthur L. Farley, President of Afrayed End Productions, Ltd. is authorized and directed to employ L. Edward Humphrey of Humphrey Law PLLC to represent Afrayed End Productions, Ltd. in said bankruptcy case."

Dated this 17th day of November 2020.

ARTHUR L. FARLEY

_____
President, AFRAYED END
PRODUCTIONS, LTD.