NICHOLAS STROZZA (117234)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
300 Booth Street, Suite 3009
Reno, NV 89509
Telephone:  (775) 784-5335
Facsimile:  (775) 784-5531
Email: Nick.strozza@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| In re | ) Case No. 20-51050 |
| | ) |
| AFRAYED END PRODUCTIONS, LTD., | ) Chapter 11 |
| , | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Timothy Nelson
160 West Huffaker Lane
Reno, NV  89511
Phone: (775) 825-6008
Email: tnelson@encpas.com

Dated: November 23, 2020          TRACY HOPE DAVIS
                                  UNITED STATES TRUSTEE


                                  /s/ Nicholas Strozza
                                  Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee