L. Edward Humphrey, Esq. – NSB 9066
Patrick O'Rourke, Esq. – NSB 13557
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Proposed Attorneys for Debtor,*
*Afrayed End Productions, Ltd.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No.: BK-N-20-51050-btb |
| AFRAYED END PRODUCTIONS, LTD., | Chapter: 11 |
| Debtor. | **DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE ALL REQUIRED CHAPTER 11 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, LIST OF CREDITORS/ EQUITY SECURITY HOLDERS, MAILING MATRIX, AND OTHER REQUIRED DOCUMENTS** |

Afrayed End Productions, Ltd. ("Debtor" or "Debtor-in-Possession") by and through undersigned counsel, hereby requests an Order extending the time in which it must file all deficient Chapter 11 Schedules, Statement of Financial Affairs, List of Creditors/Equity Security Holders, Mailing Matrix, Disclosure of Compensation, Income Tax Returns/Balance Sheet/Cash-Flow Statement, and Declaration of Electronic Filing set forth on the *Notice of Incomplete and/or Deficient Filing* at ECF No. 7 (collectively, "Schedules"). The Debtor has been working diligently to gather the information necessary to complete the Schedules. However, due to the nature of this cases filing (precipitated by a 3-day lockout notice by Debtor's landlord that could not be consensually resolved) and timing of the Petition in relation

to the Thanksgiving holiday, it is estimated the Debtor will need up to an additional seven (7) days to complete and file the Schedules.

The current deadline for filing the Schedules is December 1, 2020. Accordingly, Debtor requests an extension of the deadline through and including December 8, 2020, but will complete and file the Schedules earlier than this date if doing so can be accomplished.

The 341 meeting of creditors for this case is currently scheduled for December 14, 2020, [see ECF No. 5]. This request is timely, the short extension of time requested should not cause prejudice to any party, and the Debtor submits the relief requested is proper under Fed. R. Bankr. P. 1007(c) and LR 1007(d).

WHEREFORE, Debtor respectfully requests that this Court enter an Order extending the deadline by which to file the Schedules through and including December 8, 2020. A proposed Order is attached as **Exhibit "1"**.

DATED: November 25, 2020.

                                                     **HUMPHREY LAW PLLC**

                                                     By: /s/ L. Edward Humphrey, Esq.
                                                          L. Edward Humphrey, Esq.
                                                          *Proposed Attorneys for Debtor,*
                                                          *Afrayed End Productions, Ltd.*

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am an attorney at Humphrey Law PLLC, 201 W. Liberty Street, Suite 350, Reno, Nevada 89501, and that I served the documents described below on the dates and methods set forth below: I served the above-named document(s) by the following means to the persons as listed below:

- **DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE ALL REQUIRED CHAPTER 11 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, LIST OF CREDITORS EQUITY SECURITY HOLDERS, MAILING MATRIX, AND OTHER REQUIRED DOCUMENTS**

☒ **ECF System, on the date of each respective filing** to all those persons registered with the Court's CM/ECF system in this case as of the date of this filing.

☒ **United States mail, First-Class, postage fully prepaid**, on November 25, 2020, by depositing for mailing at Reno, Nevada, upon all those persons listed on attached **Exhibit "2"**.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  November 25, 2020.

                                                                                     HUMPHREY LAW PLLC

By: /s/ *L. Edward Humphrey*
L. Edward Humphrey, Esq.

# EXHIBIT 1

# EXHIBIT 1

L. Edward Humphrey, Esq. – NSB 9066
Patrick O'Rourke, Esq. – NSB 13557
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Proposed Attorneys for Debtor,*
*Afrayed End Productions, Ltd.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: BK-N-20-51050-btb |
| AFRAYED END PRODUCTIONS, LTD., | Chapter: 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE ALL REQUIRED CHAPTER 11 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, LIST OF CREDITORS/EQUITY SECURITY HOLDERS, MAILING MATRIX, AND OTHER REQUIRED DOCUMENTS** |

The Court, having considered the Debtor's *Motion to Extend Deadline to File All Required Chapter 11 Schedules, Statement of Financial Affairs, List of Creditors/Equity Security Holders, Mailing Matrix, and Other Required Documents* ("Motion"), filed November 25, 2020, and good cause appearing therefore,

1

**IT IS HEREBY ORDERED** granting the Motion and extending the Debtor's deadline to file the Schedules (as defined in the Motion) through and including December 8, 2020.

**IT IS SO ORDERED.**

# # #

*Submitted by:*

**HUMPHREY LAW PLLC**

By: /s/ L. Edward Humphrey, Esq.
L. Edward Humphrey, Esq.
*Proposed Attorneys for Debtor,*
*Afrayed End Productions, Ltd.*

# EXHIBIT 2

# EXHIBIT 2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 20-51050-btb<br>District of Nevada<br>Reno<br>Wed Nov 25 13:37:09 PST 2020 | AFRAYED END PRODUCTIONS, LTD.<br>316 CALIFORNIA AVE. #33<br>C/O ARTHUR L FARLEY, PRESIDENT<br>RENO, NV 89509-1650 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 |
| 445 California Avenue, LLC<br>Attn: Mr. Dario Passalalpi, Manager<br>316 California Ave., # 1055<br>Reno, Nevada 89509-1650 | 445 California Avenue, LLC<br>c/o Jerry M. Snyder, Esq.<br>Jerry Snyder Law<br>429 West Plumb<br>Reno, Nevada 89509-3766 | ASCAP<br>PO BOX 331608<br>Nashville, TN 37203-7515 |
| Bank of the West<br>PO Box 515274<br>Los Angeles, CA 90051-6574 | Breakthru Beverage Nevada Reno, LLC<br>PO Box 13186<br>Baltimore, MD 21203-3186 | CINTAS<br>PO Box 650838<br>Dallas, TX 75265-0838 |
| City of Reno Alarm Program<br>PO Box 142857<br>Irving, TX 75014-2857 | Fountainhead Commercial Capital LLC<br>3216 West Lake Mary Blvd.<br>Lake Mary, FL 32746-3491 | Nevada Retail Network Self Insured Group<br>575 S. Salisman Road<br>Carson City, NV 89701-5000 |
| New West Distribution<br>325 E Nugget Ave., Suite 101<br>Sparks, NV 89431-5856 | Sierra Corporate Services<br>100 West Liberty, 10th Floor<br>Reno, Nevada 89501-1989 | Southern Glazers of NV<br>PO Box 19299<br>Las Vegas, NV 89132-0299 |
| U.S. TRUSTEE - RN - 11<br>300 BOOTH STREET, STE 3009<br>RENO, NV 89509-1362 | Wells Fargo Bank, N.A. - Business Line<br>PO Box 29482<br>Phoenix AZ. 85038-9482 | L. EDWARD HUMPHREY<br>HUMPHREY LAW PLLC<br>201 W. LIBERTY ST, STE 350<br>RENO, NV 89501-2068 |
| TIMOTHY W NELSON<br>EVANS, NELSON & COMPANY, CPAs<br>160 W HUFFAKER LANE<br>RENO, NV 89511-2092 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 | |