_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 01, 2020

L. Edward Humphrey, Esq. – NSB 9066
Patrick O'Rourke, Esq. – NSB 13557
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Proposed Attorneys for Debtor,*
*Afrayed End Productions, Ltd.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>AFRAYED END PRODUCTIONS, LTD.,<br><br>Debtor. | Case No.: BK-N-20-51050-btb<br><br>Chapter:   11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE ALL REQUIRED CHAPTER 11 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, LIST OF CREDITORS/EQUITY SECURITY HOLDERS, MAILING MATRIX, AND OTHER REQUIRED DOCUMENTS** |

  The Court, having considered the Debtor's *Motion to Extend Deadline to File All Required Chapter 11 Schedules, Statement of Financial Affairs, List of Creditors/Equity Security Holders, Mailing Matrix, and Other Required Documents* ("Motion"), filed November 25, 2020, and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the Motion and extending the Debtor's deadline to file the Schedules (as defined in the Motion) through and including December 8, 2020.

**IT IS SO ORDERED.**

# # #

*Submitted by:*

**HUMPHREY LAW PLLC**

By: /s/ L. Edward Humphrey, Esq.
L. Edward Humphrey, Esq.
*Proposed Attorneys for Debtor,
Afrayed End Productions, Ltd.*