_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 07, 2020

L. Edward Humphrey, Esq. – NSB 9066
Patrick O'Rourke, Esq. – NSB 13557
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
Fax: (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Proposed Attorneys for Debtor,*
*Afrayed Productions, Ltd.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>AFRAYED END PRODUCTIONS, LTD.,<br><br>Debtor. | **CASE NO: BK-N-20-51050-btb**<br><br>**Chapter 11**<br><br>**ORDER GRANTING DEBTOR'S EX PARTE APPLICATION TO EMPLOY BUSINESS BROKER** |

Upon the *Ex Parte Application to Employ Business Broker* filed on December 3, 2020, by Afrayed End Productions, Ltd. ("Debtor") at ECF No. 22 ("Application"), requesting that M&A Business Advisors ("MABA") be employed by the Debtor to serve as a business broker, and upon the Declaration of Katrina Loftin attached to the Application, and the Court being advised that said employment is necessary and will be in the best interest of the Debtor's bankruptcy estate; and good cause appearing therefore,

1

**IT IS ORDERED:**

1. The Application is GRANTED;

2. The Debtor is authorized to employ MABA pursuant to 11 U.S.C. §§ 327(a) and 328 to perform the services set forth in the Application.

3. MABA shall be employed as of November 17, 2020, subject to the terms and conditions set forth in the Application.

4. MABA shall be compensated for the services described in the Application, and in accordance with the procedures set forth in 11 U.S.C. § 330, with any compensation subject to review and approval by the Court.

**IT IS SO ORDERED**.

# # #

Submitted by:

**HUMPHREY LAW PLLC**

/s/ *L. Edward Humphrey*
   L. Edward Humphrey, Esq.